STATE BOARD OF MEDICAL EXAMINERS OF NEW JERSEY, RESPONDENT, v. LE ROY JOHNSON, APPELLANT.

Submitted October 26, 1928—Decided February 4, 1929.

For the respondent, *Edward L. Katzenbach.*

For the appellant, *Elmer W. Romine.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, CAMPBELL, LLOYD, WHITE, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, JJ. 11.

*For reversal*—None.